# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

|  |  |
|---|---|
| SAMUEL MONRIAL,<br><br>    Plaintiff.<br><br>v.<br><br>PLATINUM PLUS AUTO PROTECTION,<br><br>    Defendant. | )<br>)<br>)  Case No.:<br>)<br>)  4:21-cv-00414-ALM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: July 19, 2021          By: */s/ Jacob U. Ginsburg*
                                                     Amy L. B. Ginsburg, Esquire
                                                     Kimmel & Silverman, P.C.
                                                     30 E. Butler Pike
                                                     Ambler, PA 19002
                                                     Phone: (215) 540-8888
                                                     Fax: (877) 788-2864
                                                     Email: jginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Jacob U. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

**Benjamin David Williams**
Kabat Chapman & Ozmer LLP
171 17th Street NW
Suite 1550
Atlanta, GA 30363
404-400-7300
Fax: 404-400-7333
Email: bwilliams@kcozlaw.com
Attorney for Defendant


Dated: July 19, 2021             By: */s/ Jacob U. Ginsburg*
                                    Amy L. B. Ginsburg, Esquire
                                    Kimmel & Silverman, P.C.
                                    30 E. Butler Pike
                                    Ambler, PA 19002
                                    Phone: (215) 540-8888
                                    Fax: (877) 788-2864
                                    Email: jginsburg@creditlaw.com