# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| SAMUEL MONRIAL | § |
| | § |
| Plaintiff, | § Civil Action No. 4:21-cv-00414-ALM |
| | § |
| v. | § |
| | § |
| PLATINUM PLUS AUTO PROTECTION | § |
| | § |
| Defendant. | § |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

/s/ *Jacob U. Ginsburg*

Jacob U. Ginsburg Esq.
Kimmel & Silverman, P.C.
30 East Butler Ave.
Ambler, PA 19002
Phone: (215) 540-8888
teamkimmel@creditlaw.com
*Attorney for the Plaintiff*

Date: September 7, 2021

## **CERTIFICATE OF SERVICE**

I, Jacob U. Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Bejamin David Williams
Kabat Champman & Ozmer LLP
171 17th Street NW, Suite 1550
Atlanta, GA 30363

DATED:  September 7, 2021             */s/ Jacob U. Ginsburg*
                                      Jacob U. Ginsburg Esq.